# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAYWEATHER PROMOTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PAC ENTERTAINMENT WORLDWIDE LLC, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00343-JCM-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Interested Party Jeffrey Morse & Associates, LTD failed to do so. Accordingly, Interested Party must file a certificate of interested parties no later than February 27, 2024.

IT IS SO ORDERED.

Dated: February 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge