UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAYWEATHER PROMOTIONS, LLC,

    Plaintiff,

v.

PAC ENTERTAINMENT WORLDWIDE LLC,

    Defendant.

Case No.: 2:24-cv-00343-MMD-NJK

**ORDER**

(Docket No. 1)

    Pending before the Court is nonparty Jeffrey Morse & Associates, Ltd.'s motion to quash a subpoena. Docket No. 1. The motion fails to comply with the Court's Local Rules. *See, inter alia*, LR IA 10-1.

    Accordingly, the motion, Docket No. 1, is **DENIED** without prejudice. Any future motion must comply with the Court's Local Rules and all applicable caselaw.

    IT IS SO ORDERED.

    DATED: March 25, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE