1
2
3
4
5
6
7
8
9
10
11
12
13

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAYWEATHER PROMOTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAC ENTERTAINMENT WORLDWIDE, LLC,<br><br>　　　Defendant/Counterclaim Plaintiff,<br><br>　　-and-<br><br>MAYWEATHER PROMOTIONS, LLC and FLOYD MAYWEATHER,<br><br>　　　Counterclaim-Defendants. | CASE NO. 2:24-cv-00343-MMD-NJK<br><br>**ORDER GRANTING JOINT STIPULATION FOR BRIEFING SCHEDULE RE: JEFFREY MORSE & ASSOCIATES, LTD.'S MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES**<br><br>**(First Request)** |

Petitioner JEFFREY MORSE & ASSOCIATES, LTD. ("Morse"), on the one hand, and Respondent PAC ENTERTAINMENT WORLDWIDE, LLC ("PAC"), on the other hand

(collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

1. On February 13, 2024, Morse filed, in the above-captioned court, a Notice of Motion and Motion to Quash a subpoena ("Motion") served by PAC to Produce Documents, Information, Or Objects Or To Permit Inspection of Premises on Non-Party First Security Credit Bank Nevada ("Subpoena") in connection with an underlying case pending in the U.S. District Court for the Southern District of New York, captioned *Mayweather Promotions LLC v. PAC Entertainment Worldwide LLC*, Case No. 21-cv-04378-JHR-JW ("New York Case").

2. Attorneys for PAC were first authorized to represent Defendant in connection with this case on March 15, 2024, first retained local counsel on March 27, 2024, as required by the Local Rules of this Court, and were granted permission to practice in this case on April 3, 2024.

3. PAC respectfully requests an extension of time to respond to the Motion. Pursuant to Local Rule IA 6-1(a), the reason for the extension requested is as follows: the attorneys for PAC have just recently retained local counsel and were only recently granted permission to practice in this case and, without the requested extension of time, PAC would be unable to timely file opposition to the Motion.

4. Accordingly, the parties respectfully request that the schedule for briefing with respect to the Motion be extended as follows: (a) PAC's time to file its Opposition to the Motion shall be extended to on or before May 3, 2024, and (b) Morse shall file its Reply in support of the Motion on or before May 24, 2024.

//
//
//
//
//
//
//
//

5. Pursuant to Local Rule IA 6-1(a), counsel for the parties state that this is the first stipulation for an extension of time in connection with the Motion;

IT IS SO STIPULATED.

DATED: APRIL 9, 2024

EISNER, LLP

By: */s/ Jeremiah Reynolds*
Jeremiah T. Reynolds (CA SBN 223554)
*Admitted Pro Hac Vice*
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210

Attorneys for Non-Party
JEFFREY MORSE & ASSOCIATES, LTD.

DATED: APRIL 9, 2024

BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC

By: */s/ Lee Bergstein*
Lee Bergstein (NY SBN 4603403)
*Admitted Pro Hac Vice*
767 Third Ave., 14th Floor
New York, NY 10017

Attorneys for Defendant
PAC ENTERTAINMENT WORLDWIDE, LLC

IT IS SO ORDERED:

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: April 10, 2024

---

Mayweather Promotions, LLC v. PAC Entertainment Worldwide, LLC/ Case No. 2:24-cv-00343-MMD-NJK
Joint Stipulation for Briefing Schedule Re: Jeffrey Morse & Associates, Ltd.'s Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises