# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAYWEATHER PROMOTIONS, LLC,<br><br>  Plaintiff(s),<br><br>v.<br><br>PAC ENTERTAINMENT WORLDWIDE, LLC,<br><br>  Defendant(s). | Case No. 2:24-cv-00343-MMD-NJK<br><br>**Order** |

This is a miscellaneous action involving only a dispute as to a non-party subpoena. On August 30, 2024, the Court denied the motion to quash without prejudice. Docket No. 23. Despite the passage of 11 months, that motion was not refiled. On July 28, 2025, the Court ordered the parties to show cause in writing, no later than August 6, 2025, why this action should not be closed. Docket No. 25 (citing Fed. R. Civ. P. 41(b)). The parties did not respond to the order to show cause. Accordingly, the Clerk's Office is **INSTRUCTED** to administratively close this miscellaneous action.

IT IS SO ORDERED.

Dated: August 7, 2025

Nancy J. Koppe
United States Magistrate Judge

1